No. 73–1359. Henry I. Siegel Co., Inc. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 73–1388. Mead et al. v. Horvitz Publishing Co. et al. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 73–1389. Tradewell v. Washington. Ct. App. Wash. Certiorari denied.

No. 73–1401. Becker et al. v. Levitt, Comptroller of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 73–1408. Board of Education of Aurora Public School District No. 131 of Kane County, Illinois, et al. v. Aurora Education Association East et al. C. A. 7th Cir. Certiorari denied.

No. 73–1411. Paderewski Foundation, Inc., et al. v. Suski et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 73–1421. Smith v. Illinois Central Railroad Co. et al. C. A. 5th Cir. Certiorari denied.

No. 73–1426. United Transportation Union et al. v. Southern Pacific Transportation Co. C. A. 9th Cir. Certiorari denied.

No. 73–1434. Cary v. Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.